**Appendix K**  Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # <u>2-08CV-247 TJW</u>
Style: <u>Wi-LAN, Inc. v. Research in Motion Corporation, Research in Motion Ltd., Motorola, Inc., UTStarcom, Inc., and LG Electronics Mobilecomm U.S.A., Inc.</u>

2. Applicant is representing the following party/ies: <u>Motorola, Inc.</u>

3. Applicant was admitted to practice in <u>California</u> on <u>November 23, 1998</u>.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. N/A

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: <u>See attachment</u>

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, Adam R. Alper do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 11/14/08     Signature [signed]

Name (please print) <u>Adam R. Alper</u>
State Bar Number: <u>California 196834</u>
Firm Name: <u>Kirkland & Ellis LLP</u>
Address/P.O. Box: <u>555 California Street, 27th Floor</u>
City/State/Zip: <u>San Francisco, CA 94104</u>
Telephone #: <u>(415) 439-1400</u>
Fax #: <u>(415) 439-1500</u>
E-mail Address: <u>aalper@kirkland.com</u>

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___ day of _____, 20___.

        David J. Maland, Clerk

        U.S. District Court, Eastern District of Texas

By _____*David Maland*_____
    Deputy Clerk

# Admissions

| State | Admission Date |
|---|---|
| California | November 23, 1998 |

| Federal | Admission Date |
|---|---|
| Northern District of California | December 7, 1998 |
| U.S. Court of Appeals for the Ninth Circuit | December 22, 1998 |
| U.S. Courts of Appeals for Federal Circuit | June 16, 2000 |
| Central District of California | May 23, 2003 |
| Western District of Wisconsin | January 21, 2004 |
| U.S. Court of Appeals for the Third Circuit | February 18, 2004 |

# Receipt for Payment

Receipt No: 6-1-0015901

## United States District Court
for the
Eastern District of Texas at Tyler

Date: **Monday, November 17, 2008**

Received from:

**POTTER MINTON**
**P.O. BOX 359**
**TYLER, TX 75710**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $100.00 |
| **Total** | **$100.00** |

Payment method: Check

Case or other reference: **2:08CV247**

Comments: PHV APPS FOR GIANNI CUTRI, ADAM ALPER, JOHN DESMARAIS, GREGORY AROVAS - FIM CK 068237

Received by: MC