# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WI-LAN, INC. | ) |
| | ) |
|     Plaintiff, | ) CIVIL ACTION NO. 2:08-CV-247 (TJW) |
| v. | ) |
| | ) HON. T. JOHN WARD |
| RESEARCH IN MOTION CORPORATION | ) |
| et al. | ) |
| | ) JURY |
|     Defendants. | ) |

## MOTOROLA, INC.'S NOTICE OF DAMAGES DISCLOSURE PURSUANT TO PARAGRAPH 3(C) OF THE DISCOVERY ORDER

Defendant Motorola, Inc. hereby notifies the Court that on February 26, 2010 it served its damages disclosure pursuant to Paragraph 3(c) of the Discovery Order entered in this matter on August 25, 2009.

Dated: February 26, 2010                    Respectfully submitted,

                                                                     /s/ Michael E. Jones
                                                        Michael E. Jones
                                                        State Bar No. 10929400
                                                        John F. Bufe
                                                        State Bar No. 03316930
                                                        Allen F. Gardner
                                                        State Bar No. 24043679
                                                        POTTER MINTON
                                                        A Professional Corporation
                                                        110 N. College, Suite 500
                                                        P.O. Box 359
                                                        Tyler, Texas 75702
                                                        Telephone:  (903) 597-8311
                                                        Facsimile:   (903) 593-0846
                                                        johnbufe@potterminton.com
                                                        mikejones@potterminton.com
                                                        allengardner@potterminton.com

                                                        **ATTORNEY FOR DEFENDANT**
                                                        **MOTOROLA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this **MOTOROLA, INC.'S NOTICE OF DAMAGES DISCLOSURE PURSUANT TO PARAGRAPH (C) OF THE DISCOVERY ORDER** via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 26, 2010.

    /s/ *Michael E. Jones*
    Michael E. Jones