**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**


WI-LAN, INC., §
§
Plaintiff, §
§
v. § Civil Action No. 2:08-cv-247-TJW
§
RESEARCH IN MOTION § JURY TRIAL REQUESTED
CORPORATION. RESEARCH IN §
MOTION LTD., MOTOROLA, INC. §
UTSTARCOM, INC., LG ELECTRONICS §
MOBILECOMM U.S.A., INC. LG §
ELECTRONICS, INC., and PERSONAL §
COMMUNICATIONS DEVICES, LLC, §
§
Defendants. §
§
§

**DEFENDANT PERSONAL COMMUNICATIONS DEVICES, LLC'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTAIN EXPERT**
**REPORTS**

Defendant Personal Communications Devices, LLC ("PCD) files this unopposed

motion for extension of time for one week to comply with the Court's order of January 20,

2011 (Dkt. No. 278) requiring expert reports be filed by January 28, 2011 for parties with the

burden of proof for '802 and '222 patents.

The parties have agreed to extend PCD's deadline for submitting Dr. Matthew

Shoemake's expert reports regarding (1) the invalidity of the '222 patent, and (2) the IEEE

802.11 Standards Process to Friday, February 4, 2011.  As the court is aware, Dr. Shoemake

is unable to submit his reports due to an emergency medical-related issue (*See, e.g., Wi-lan,*

*Inc. v. Acer Inc.* (07-cv-474 E.D. Texas), Dkt. No. 1081).   Dr. Shoemake requires additional time to recover from his surgery and complete his expert report.   Accordingly, PCD respectfully requests that the Court grant PCD's unopposed motion.

Respectfully submitted,

DATED:   January 28, 2011              /s/ Eric H. Findlay_____
                                       Stephen S. Korniczky (admitted *pro hac vice*)
                                       Daniel N. Yannuzzi (admitted *pro hac vice*)
                                       Pamela J. Naughton (admitted *pro hac vice*)
                                       Martin R. Bader (admitted *pro hac vice*)
                                       Inge Larish (State Bar No. 00796924)
                                       Sheppard Mullin Richter & Hampton LLP
                                       12275 El Camino Real, Suite 200
                                       San Diego California 92130
                                       Tel:  (858) 720-8900
                                       Fax:  (858) 509-3691
                                       skorniczky@sheppardmullin.com
                                       dyannuzzi@sheppardmullin.com
                                       pamelanaughton@sheppardmullin.com
                                       mbader@sheppardmullin.com
                                       ilarish@sheppardmullin.com

Of Counsel:                            Frank A. Bruno (admitted *pro hac vice*)
                                       Thomas R. DeSimone (admitted *pro hac vice*)
Eric H. Findlay                        Gibbons P.C.
State Bar No. 00789886                 One Pennsylvania Plaza
**Findlay Craft**                      New York, New York 10119-3701
6760 Old Jacksonville Hwy., Suite 101  Tel:  (212)613-2000
Tyler, TX 75703                        Fax:  (212)290-2018
903/534-1100                           fbruno@gibbonslaw.com
Fax: 903/534-1137                      tdesimone@gibbonslaw.com
Email: efindlay@findlaycraft.com

                                       ***Attorneys for Defendant Personal Communications Devices, LLC***

## CERTIFICATE OF SERVICE

The undersigned certified that on this 28 day of January 2011, counsel of record who are deemed to have consented to electronic service are being served with a copy of this document by electronic mail.

By: /s/   *Eric H. Findlay*
Eric H. Findlay