UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| RESEARCH IN MOTION CORPORATION, | § | Civil Action No. 2:08-CV-247 (TJW) |
| RESEARCH IN MOTION LTD., | § | |
| MOTOROLA, INC., UTSTARCOM, INC., | § | |
| LG ELECTRONICS MOBILECOMM | § | JURY TRIAL REQUESTED |
| U.S.A., AND LG ELECTRONICS, INC. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Joint Motion for Leave to Complete Expert Discovery. After careful consideration, the Court is of the opinion that the motion should be in all things GRANTED.

It is therefore ORDERED that the parties shall have leave to conduct the expert depositions of Dr. Matthew Shoemake, Dr. Stephen Wicker, and Mr. Richard Holleman on or before April 8, 2011 and to serve the rebuttal report to Dr. Shoemake by March 28, 2011.

SIGNED this 24th day of March, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE